**Order entered October 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00909-CR

## EX PARTE QUINCY BLAKELY

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90017-M**

## ORDER

The record has been filed in this appeal.

We **ORDER** appellant to file his brief by **November 14, 2018**. We **ORDER** the State to file its brief by **December 4, 2018**. If either party fails to file a brief by the due date, the appeal will be submitted without that party's brief.

The Court will notify the parties of the submission date and panel assignment upon completion of briefing.

/s/ CRAIG STODDART
   JUSTICE